NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIGHLAND AL HUJAZ CO., LTD.,**
*Appellant*

**v.**

**ROBERT M. SPEER, ACTING SECRETARY OF THE ARMY,**
*Appellee*

---

2016-2090

---

Appeal from the Armed Services Board of Contract Appeals in No. 58243, Administrative Judge John J. Thrasher.

---

**JUDGMENT**

---

HERMAN MARTIN BRAUDE, The Braude Law Group, PC, Washington, DC, argued for appellant.

STEVEN J. GILLINGHAM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by STEVEN MICHAEL MAGER, CHAD A. READLER, ROBERT E. KIRSCHMAN, JR.; DANIEL B.

McConnell, United States Army Corp of Engineers, Winchester, VA.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:


    Per Curiam (Newman, Lourie, and Hughes, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

                    Entered by Order of the Court


 August 21, 2017                 /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court